IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02125-REB

TATIA L. STEARNS,

Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**ORDER GRANTING MOTION FOR ORDER AUTHORIZING
THE TAXING OF COSTS AND DIRECTING PAYMENT OF THE SAME**
_____

**Blackburn, J.**

The matter before me is plaintiff's **Motion For Order Authorizing the Taxing of Costs and Directing Payment of the Same** [22], filed March 1, 2007.  Having been advised of the premises, and there being no objection by defendant, I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Motion For Order Authorizing the Taxing of Costs and Directing Payment of the Same** [22], filed March 1, 2007, is **GRANTED**; and

2. That defendant **SHALL PAY** plaintiff's costs of $250.00 as previously found by the Clerk of the Court [#20], February 15, 2007.

Dated March 6, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**